Ronald Wilcox
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LYNETTE ANCHETA, | Case No. C 13-1883 EJD PSG |
|---|---|
| Plaintiff, | STIPULATION TO JAMS ARBITRATION; [~~PROPOSED~~] ORDER |
| v. | |
| CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, et al. | |
| Defendant. | |

Case No. CV13-01883-EJD-PSG          – 1 –

STIPULATION AND [PROPOSED] ORDER

Plaintiff Lynette Ancheta and defendant Cellco Partnership dba Verizon Wireless (collectively "the parties") individually and together with their respective attorneys of record, agree and stipulate as follows:

1. The parties agree to arbitrate this matter through JAMS and that JAMS Arbitration Rules and Procedures shall apply.

2. The parties agree that Plaintiff shall initiate the arbitration with JAMS within 30 days of the Court's execution of this order.

3. The parties further agree to submit Plaintiff's pending, and fully briefed, motion to strike affirmative defenses to the appointed arbitrator for decision.

4. The Court shall enter an order staying the above-captioned matter.

IT IS SO STIPULATED.

DATED: September 13 2013          /s/ Lynette Ancheta
                                  Lynette Ancheta, Plaintiff


DATED: September 12, 2013         /s/Ronald Wilcox
                                  Ronald Wilcox,
                                  Attorney for Plaintiff


DATED: September ___, 2013        _____
                                  Edward McGah,
                                  Assistant General Counsel, Verizon Wireless

DATED: September ___, 2013        REED SMITH, LLP


                                  _____
                                  Ashley L. Shively
                                  Attorney for Defendant
                                  Cellco Partnership dba Verizon Wireless

Plaintiff Lynette Ancheta and defendant Cellco Partnership dba Verizon Wireless (collectively "the parties") individually and together with their respective attorneys of record, agree and stipulate as follows:

1. The parties agree to arbitrate this matter through JAMS and that JAMS Arbitration Rules and Procedures shall apply.

2. The parties agree that Plaintiff shall initiate the arbitration with JAMS within 30 days of the Court's execution of this order.

3. The parties further agree to submit Plaintiff's pending, and fully briefed, motion to strike affirmative defenses to the appointed arbitrator for decision.

4. The Court shall enter an order staying the above-captioned matter.

IT IS SO STIPULATED.

DATED: September , 2013  _____
                        Lynette Ancheta, Plaintiff

DATED: September 12, 2013  /s/Ronald Wilcox
                           Ronald Wilcox,
                           Attorney for Plaintiff

DATED: September 12, 2013  _____
                           Edward McGah,
                           Assistant General Counsel, Verizon Wireless

DATED: September 13, 2013  REED SMITH, LLP

                           _____
                           Ashley L. Shively
                           Attorney for Defendant
                           Cellco Partnership dba Verizon Wireless

[~~PROPOSED~~] ORDER

Based on the above stipulation of the Parties, this Court hereby orders:

1. The above-captioned matter is ordered to arbitration through JAMS, and JAMS Arbitration Rules and Procedures shall apply.

2. Plaintiff shall initiate the arbitration with JAMS within 30 days of the Court's execution of this order.

3. The parties will submit Plaintiff's pending, and fully briefed, motion to strike affirmative defenses to the appointed arbitrator for decision.

4. This matter is hereby stayed.

5. All pending motions and hearings are terminated.

6. The clerk shall administratively close this file.

DATED: 9/16/2013

_____
United States District Judge

Case No. CV13-01883-EJD-PSG        -1-
STIPULATION AND [~~PROPOSED~~] ORDER